In the Matter of the Application by SIXTH STREET INVESTING CORPORATION, for an Order Directing the County Clerk of the County of New York to Strike Out the Annotation "Notice of Pendency of Action Filed July 7, 1938," Appearing in His Mechanic's Lien Docket Opposite the Entry of the Mechanic's Lien Filed by COLUMBIA TILE & SUPPLY COMPANY, on July 14, 1937, and to Mark Said Notice of Lien Cancelled by Expiration of Time. SIXTH STREET INVESTING CORPORATION, Respondent; COLUMBIA TILE & SUPPLY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.